# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMEIRCA, Plaintiff(s) vs. STEPHEN ALBERT, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:21-cr-00062-CJW-MAR-1<br>Presiding Judge: Hon. C.J. Williams<br>Deputy Clerk: Brian Keogh<br>Official Court Record: Patrice Murray   Contract? No<br>Contact Information: PAMurrayReporting@gmail.com |

| Date: | 3/8/2022 | Start: | 8:16am | Adjourn: | 1:47pm | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|
| Recesses: | 10:29-10:44am; 11:36am-12:30pm | | | Time in Chambers: | -- | Telephonic? | -- |
| Appearances: | Plaintiff(s): | AUSAs Lisa C. Williams and Emily K. Nydle | | | | | |
| | Defendant(s): | AFPD Jill M. Johnston (defendant appearing personally) | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | | Language: | | Certified: | Phone: |

| TYPE OF PROCEEDING: | TRIAL | X | Jury | | Non-jury | Day: | 2 |
|---|---|---|---|---|---|---|---|

| | | Contested? | Yes | Continued from a previous date? | Yes |
|---|---|---|---|---|---|
| Motion(s): | Motion for judgment of acquittal | | Ruling: | Denied. | |
| | Lesser included offenses be added to jury instructions | | | Denied. | |

| Time: | Event: |
|---|---|
| 8:16-8:27am | Discussion held outside the presence of the jury. |
| 8:28-9:45am | Jury enters. Ms. Williams calls Laraina Roberts. Direct: 8:29-9:22am. Cross: 9:22-9:42am. Redirect: 9:42-9:45am. Witness excused. |
| 9:45-10:03am | Ms. Nydle calls Anthony Rodriguez. Direct: 9:47-9:58am. Cross: 9:58-10:02am. Redirect: 10:02-10:03am. Witness excused. |
| 10:03-10:27am | Ms. Williams calls Jacob Kessler. Direct: 10:04-10:21am. Cross: 10:21-10:27am. Witness excused. |
| 10:27-10:29am | Jury excused for break. Discussion held outside the presence of the jury. Recess. |
| 10:44-10:46am | Discussion held outside the presence of the jury. |
| 10:46-10:51am | Jury enters. Ms. Williams calls Michelle Omar. Direct: 10:46-10:51am. Witness excused. |
| 10:51-11:22am | Ms. Nydle calls Josetta Albert. Direct: 10:52-11:11am. Cross: 11:11-11:22am. Witness steps down. |
| 11:22-11:28am | Ms. Nydle calls Charlie Shuckahosee. Direct: 11:23-11:28am. Witness excused. |
| 11:28-11:34am | Ms. Nydle calls Rudy Papakee. Direct: 11:29-11:31am. Cross: 11:32-11:32am. Witness excused. Jury excused for break. |
| 11:34-11:36am | Discussion held outside the presence of the jury. Recess. |
| 12:30pm-12:40pm | Discussion held outside the presence of the jury. |
| 12:40-1:05pm | Jury enters. Ms. Williams calls Aerial Albert. Direct: 12:42-12:57pm. Cross: 12:57-1:04pm. Redirect: 1:04-1:05pm. Witness excused. |
| 1:05-1:22pm | Ms. Williams calls Derek Miller. Direct: 1:06-1:21pm. Cross: 1:21-1:22pm. Witness excused. The government rests its case-in-chief. Jury excused for break. |
| 1:23-1:36pm | Discussion held outside the presence of the jury. |
| 1:36-1:41pm | Jury enters. Defense rests. The Court informs the jury of how the rest of trial will proceed. Jury excused for the day. |
| 1:41-1:47pm | Discussion held outside the presence of the jury. Recess. |

| | Witness/Exhibit List is | To be filed at the conclusion of trial. |
|---|---|---|
| | **Miscellaneous:** | Trial to resume tomorrow at 8:45am. |