# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. STEPHEN ALBERT, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:21-cr-62-CJW-MAR<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Paul Coberly<br>Official Court Record: Patrice Murray  Contract? No<br>Contact Information: PAMurrayReporting@gmail.com |

| Date: | 11/4/2022 | Start: | 8:56 AM | Adjourn: | 10:21 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | | Time in Chambers: | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSAs Lisa C. Williams and Emily K. Nydle | | | | | | | |
| | Defendant(s): | AFPD Jill M. Johnston (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Zach Ward | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| TYPE OF PROCEEDING: | SENTENCING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Objections to PSIR: | By Plaintiff:<br>¶21 Victim impact<br>¶78 Conditions of supervision<br><br>By Defendant:<br>¶5-14, 19 & 20 Offense conduct<br>¶25-27, 30 & 32 Enhancements<br>¶37 Prior convictions<br>¶44 & 45 Other arrests | Ruling: | ¶5-14, 19 & 20 Overruled<br><br>¶21 Overruled<br><br>¶25-27, 30 & 32 Overruled<br><br>Others not reached |
| | Motions to vary/depart: | Motion for Downward Variance by Defendant (doc. 81) | Ruling: | Denied |
| | Count(s) dismissed: | -- | | |
| | Sentence (See J & C): | Count 1: 452 months<br>Count 2: 180 months<br><br>Terms of imprisonment to be served concurrently.<br><br>Sentence has been adjusted and reduced by 539 days to account for time served for the case set for in ¶38 of the PSIR. Sentence for the instant offense to be served concurrently with the remainder of this undischarged term of imprisonment. | | |
| | Fine: | -- | Special assessment: | $200.00 |
| | Supervised Release: | Count 1: 10 years<br>Count 2: 10 years<br><br>Terms of supervised release to be served concurrently. | | |
| | Court's recommendations (if any): | Designation to a BOP facility in close proximity to Defendant's family which is commensurate with his security and custody classification needs.<br><br>Participate in the BOP's 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program.<br><br>Participate in the BOP's Sex Offender Management Program. | | |
| | Defendant is | X Detained   Released   and shall report | -- | |
| | Witness/Exhibit List is | attached | | |

Page **1** of **3**

|  |  |  |
|---|---|---|
|  |  | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. |
|  | **Miscellaneous:** | Total offense level: 43. Criminal history category: I. Guideline range: Life. Court hears argument regarding disputed guideline issues. Ms. Williams calls A.A. Direct (9:40-9:45 AM). No cross. A.A. excused. Court hears victim impact statement. Court hears argument regarding the motion for downward variance and disposition. Defendant provides an allocution. Court advises the Defendant of his right to appeal. |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s), vs. STEPHEN ALBERT, Defendant(s). | **WITNESS & EXHIBIT LIST** |
| Hearing Date 11/4/2022 | Case No. 1:21-cr-62-CJW-MAR<br>Presiding Judge C.J. Williams<br>Deputy Clerk Paul Coberly<br>Court Reporter Patrice Murray<br>Plaintiff's Attorney AUSAs Lisa C. Williams and Emily K. Nydle<br>Defendant's Attorney AFPD Jill M. Johnston |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | A.A. | 11/4/2022 | 9:40 AM | 11/4/202 | 9:45 AM |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | -- | | | | |

*Exhibit Receipted to Task Force Officer
**A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | -- | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1 | Recording of phone call (placed on Clerk's Storage Drive) | 11/4/2022 | A |
| 2 | Recording of phone call (placed on Clerk's Storage Drive) | 11/4/2022 | A |
| 3 | **SEALED** Proof service (filed at doc. 83) | 11/4/2022 | A |
| 4 | **SEALED** Transcript (filed at doc. 83) | 11/4/2022 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | -- | | |